UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re AmTrust Financial Services, Inc. Securities Litigation** | No. 1:14-cv-00736-VEC |
| **THIS DOCUMENT RELATES TO:** <br> All Actions | CLASS ACTION |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, upon Defendants' Memorandum of Law in Support of Their Motion to Dismiss Plaintiffs' Second Consolidated Amended Complaint; the accompanying Declaration of Joseph G. Tully, dated October 24, 2014, and the exhibits annexed thereto; and all prior papers and proceedings filed heretofore in this action, Defendants AmTrust Financial Services, Inc., Barry D. Zyskind and Ronald E. Pipoly, Jr., by their undersigned attorneys, will move this Court at the United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time designated by the Court, for an order dismissing Plaintiffs' Consolidated Amended Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).

Date: October 24, 2014
New York, New York

**ALSTON & BIRD LLP**

/s/ John D. Roesser
John D. Roesser
Todd R. David
Jessica P. Corley (*Admitted Pro Hac Vice*)
Louis A. Russo
Joseph G. Tully
90 Park Avenue
New York, New York 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Counsel for Defendants*