USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                                    :

MICHAEL D. HARRIS, individually and on behalf  :
of others similarly situated,                                 :
                                                               :     14-CV-736 (VEC)
                          Plaintiffs,    :
                                                                 :        ORDER
             -against-                         :

AMTRUST FINANCIAL SERVICES, INC.,         :
BARRY D. ZYSKIND and                               :
RONALD E. PIPOLY, JR.,                                :

                               Defendants.  :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on August 11, 2014, Defendants moved to dismiss Plaintiffs' Consolidated Class Action Complaint; and

      WHEREAS on September 8, 2014, Plaintiff filed a Second Amended Complaint amending Plaintiffs' Consolidated Class Action Complaint; it is hereby

      ORDERED that Defendants' motion to dismiss the Consolidated Class Action Complaint is DISMISSED as moot. The Clerk of Court is directed to terminate Docket Entry 32.

**SO ORDERED.**

Date: January 22, 2015                          **VALERIE CAPRONI**
       New York, New York                      **United States District Judge**